UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LPP MORTGAGE, LTD., ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-0882 |
| v. ) | Judge Campbell/Brown |
| ) | |
| CLAIR VANDERSCHAAF, JR.; ) | |
| PATRICIA VANDERSCHAAF; ) | |
| and VICTOR L. BISHARA, ) | |
| ) | |
| Defendants ) | |

### O R D E R

The Plaintiff in this matter has filed a motion to continue the case management conference (Docket Entry 21). This motion is **GRANTED** and the initial case management conference is reset to **Monday, January 6, 2014, at 10:30 a.m.**

The Magistrate Judge would note that although the motion indicates that counsel for the Defendant Bishara does not oppose the requested continuance no appearance has been made on behalf of the Defendant and no response to the complaint has been entered.

The Magistrate Judge certainly urges the parties to resolve this matter on their own if they can. However, if the parties are unable to resolve the matter, a response and an appearance of counsel should be made in sufficient time for a meaningful scheduling order to be submitted prior to the initial case management conference and all parties should be ready to participate at that time.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge